**FILED**
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

APR 04 2018


DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 3:18-00075 |
| v. | 18 U.S.C. § 249(a)(2) |
| CHRISTOPHER BECKHAM | 18 U.S.C. § 1001 |

# INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES:

On or about October 24, 2017, in the Middle District of Tennessee, the defendant, **CHRISTOPHER BECKHAM**, willfully caused bodily injury to A.A. by attacking A.A., and used a dangerous weapon that had traveled in interstate commerce in a willful attempt to cause bodily injury to A.A., because of the actual and perceived religion and national origin of A.A., A.H. and F.H., namely that he perceived A.A., A.H. and F.H. to be Muslim and of a nationality other than American. Specifically, defendant saw A.H. and F.H., two teenage girls who were wearing hijabs, and said "Allahu Akbar!" and "Go back to your country!"; defendant then attacked A.A., the girls' father, by swinging a knife and punching at A.A., and defendant further called A.A., A.H. and F.H. "Iranis" and "niggers."

All in violation of Title 18, United States Code, Section 249(a)(2).

## COUNT TWO

THE GRAND JURY FURTHER CHARGES:

On or about March 12, 2018, in the Middle District of Tennessee, the defendant, **CHRISTOPHER BECKHAM**, knowingly and willfully made materially false statements and representations in a matter within the jurisdiction of the Federal Bureau of Investigation ("FBI"), an agency of the United States. Specifically, regarding the incident on October 24, 2017 as set out in Count One, the defendant talked to FBI Special Agents and: (1) falsely claimed that he saw A.H. and F.H. trying to break into cars; (2) falsely claimed that he never swung a knife at A.A.; (3) falsely claimed that, after defendant pulled out a knife, teenage girls A.H. and F.H. yelled "Allahu Akbar!," and then either A.H., F.H., or both hit him on the back of the head. In truth and in fact, as defendant then well knew, his statements to the FBI were false, in that, on October 24, 2017: (1) A.H. and F.H. never tried to break into cars; (2) defendant swung his knife at A.A.; (3) A.H. and F.H. never yelled "Allahu Akbar!," and neither A.H. nor F.H. ever attacked or struck defendant.

All in violation of Title 18, United States Code, Section 1001.

A TRUE BILL:

_____
GRAND JURY FOREPERSON

DONALD Q. COCHRAN
UNITED STATES ATTORNEY

SARA BETH MYERS
ASSISTANT UNITED STATES ATTORNEY

RACHEL KINCAID
CHRISTINE SISCARETTI
TRIAL ATTORNEYS

2