# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| United States of America<br>v.<br>Christopher Beckham<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No. 3:18-00075 Judge Crenshaw |
|---|---|---|

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Christopher Beckham,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18:249(a)(2) Hate Crime Act (Count 1)
18:1001 False statements to a federal agent (Count 2)

Date: 04/04/2018

*Issuing officer's signature*

City and state: Nashville, Tennessee

Joyce A. Brooks, Criminal Docketing Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____<br>at *(city and state)* _____.<br><br>Date: _____<br><br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |